AUSA: DeForre        Telephone: (810) 766-5177
AO 91 (Rev. 11/11) Criminal Complaint    Task Force Officer: Dhooghe, FBI     Telephone: (810) 239-5775

# UNITED STATES DISTRICT COURT

### for the

## Eastern District of Michigan

United States of America

    v.

Willie Lee Sanders, Jr. and
Remon Monteau Humphrey,

Case: 4:23−mj−30185
Assigned To : Ivy, Curtis, Jr
Assign. Date : 5/8/2023
Description: IN RE SEALED MATTER (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 18, 2021 _____ in the county of _____ Shiawassee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual exploitation of a minor |

This criminal complaint is based on these facts:

I have probable cause to believe that Willie Lee Sanders Jr. and Remon Monteau Humphrey sexually exploited a child in violation of 18 U.S.C. § 2251.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicole M. Dhooghe, Task Force Officers, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 8, 2023

_____
*Judge's signature*

City and state: Flint, MI

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Nicole M. Dhooghe, being first duly sworn, hereby depose and state as follows:

1.     I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the FBI's Detroit Division – Flint Resident Agency (FLRA). I have been employed by the Michigan State Police (MSP) since October 2012. I have conducted multiple sexual abuse investigations during my career. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2.     Other law enforcement personnel and I are investigating Willie Lee Sanders, Jr., and Remon Monteau Humphrey for sexual exploitation of a child in violation of 18 U.S.C. § 2251.

3.     As part the investigation, I have reviewed reports from the Shiawassee County Sheriff Department and have reviewed evidence that they have gathered. Through the investigation, I have learned the following facts.

4.      On August 19, 2021, law enforcement was contacted by St. Joseph Mercy Hospital in Howell, Michigan, to report a sexual assault of a minor female victim who I have identified here as MV-1. The sexual assault allegedly occurred in Durand, Michigan, between 11:00 p.m. on August 17 and 4:00 a.m. on August 18, 2021. MV-1 was 17 years old at the time of the sexual assault. Durand, Michigan is in the Eastern District of Michigan.

5.      Law enforcement contacted MV-1 who stated she was at a friend's house the night of August 17, 2021. MV-1 stated she was sexually assaulted by a man who was also a guest at the house. MV-1 stated she did not know the name of the man who assaulted her.

6.      On August 23, 2021, a child forensic interview was conducted with MV-1. MV-1 stated that August 17, 2021, she was hanging out with a friend who I have identified here as Witness-1. MV-1 and Witness-1 were at Witness-1's house. Witness-1 was contacted on Snapchat by a man who Witness-1 knew by his rap/stage name "Rich Neph." "Rich Neph" was later identified as Willie Lee Sanders, Jr. Sanders and his cousin, who was later identified as Remon Monteau Humphrey, arrived at Witness-1's residence at approximately 9:00 p.m. on August 17, 2021. Sanders, Humphrey, Witness-1, and MV-1 all left Witness-1's home to go to a nearby store. Humphrey went inside and purchased alcohol. Sanders, Humphrey, Witness-1, and MV-1 all returned to Witness-1's residence where they

drank alcohol and went swimming. After swimming, all four went to Witness-1's bedroom located in the basement where MV-1 began vomiting in a bucket from intoxication. MV-1 then left Witness-1's bedroom and laid down on what MV-1 described as a "six-foot-long teddy bear," which was in the corner of the basement. MV-1 woke up being vaginally penetrated by Humphrey's penis. MV-1 stated Humphrey had his hands on the small of her back, holding her down. MV-1 passed out again and woke up to Humphrey pulling her hair and forcing his penis into her mouth. MV-1 stated once the sexual assault was over, she sat in the corner of the basement. MV-1 stated that she believed Humphrey and Sanders left the residence around 3:00 a.m. the following day.

7.     On August 23, 2021, law enforcement interviewed Witness-1. Witness-1 did not know Sanders' or Humphrey's actual names, but referred to Sanders as "Rich Neph" and referred to Humphrey as Sanders' cousin and as "Eaz." Witness-1 said that after they went swimming, Humphrey, Sanders, MV-1 and herself all returned to the basement of her house. Witness-1 observed MV-1 passed out on a teddy bear, and then Witness-1 went inside her bedroom with Sanders. Witness-1 said that at some point, she could hear MV-1 moaning. Witness-1 described the moaning sounding like MV-1 was in pain. After several minutes, Sanders opened the bedroom door and looked out to where MV-1 and Humphrey were. Sanders told Witness-1 "We ain't goin out there. They fuckin." Sanders left the bedroom a few

minutes later. Witness-1 thought that Sanders went to the area where Humphrey and MV-1 were. Witness-1 stated Sanders Jr. returned to her bedroom alone. Witness-1 said that Humphrey and Sanders left her residence at approximately 3:00 a.m. on August 18, 2021.

8.     After the interview, law enforcement attempted to identify "Rich Neph" and his cousin. Law enforcement identified Rich Neph as Sanders, using Sanders' social media accounts. After conducting further investigation, law enforcement prepared a photo lineup that included Remon Monteau Humphrey. MV-1 viewed the photos and picked Humphrey out as the man who had sexually assaulted her. Similarly, Witness-1 viewed the photos and selected Humphrey as Rich Neph's cousin.

9.     Law enforcement obtained a search warrant for various Snapchat accounts, including Sanders' account. Snapchat provided law enforcement with records, which I and other law enforcement later reviewed. In the Snapchat materials, law enforcement found videos of Humphrey vaginally penetrating MV-1 with his penis. MV-1 is laying on the teddy bear described in the forensic interview. MV-1 appears to be passed out. The time stamps on these videos indicate that they were taken on August 18, 2021 between 12:09 a.m. and 12:48 a.m. in Michigan. In one of the videos, investigators could hear Sanders directing Humphrey to engage

in specific conduct during the sexual assault. The Snapchat records also showed that Sanders sent multiple video clips of the sexually assault to another Snapchat account.

10.     Law enforcement interviewed Humphrey. Humphrey stated that Sanders sent him two videos from the morning of August 18, 2021. Humphrey described the first video as oral sex and the second video as him having intercourse with MV-1. Humphrey stated that he received the videos via Facebook Messenger. Humphrey provided consent to search his cellular phone and gave his passcode to access his cellular phone. During a review of the forensic download of Humphrey's phone, law enforcement located two videos sent from Sanders to Humphrey. Both videos were sent via Facebook Messenger.

11.     Law enforcement opened Humphrey's cellular phone and located the videos in Facebook Messenger. The video of Humphrey penetrating MV-1 was sent from Sanders to Humphrey via Facebook Messenger on August 18, 2021 at 3:10 a.m. On August 19, 2021, at 2:04 p.m., Humphrey contacted Sanders in Facebook Messenger and asked for another video depicting a sexual act. Later at 2:58 p.m., Humphrey received another video from Sanders depicting MV-1 engaged in a sexual act with Humphrey.

12.     Based on my training and experience, I know that the Internet and cellular networks are "means or facilities" of interstate commerce.

13.    Based on the information above, there is probable cause that Willie Lee Sanders Jr. and Remon Monteau Humphrey sexually exploited a child in violation of 18 U.S.C. § 2251.

_____
Nicole M. Dhooghe
Task Force Officer
Federal Bureau of Investigation

This affidavit was submitted and received by reliable electronic means and was attested to by the affiant telephonically.

Sworn to before me this 8th day of May, 2023.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge