UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Willie Lee Sanders, Jr, &
Remon Monteau Humphrey,

    Defendants.

Case No: 23-mj-30185

Hon Curtis Ivy, Jr.
United States Magistrate Judge

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANTS

The United States of America requests the court to unseal the complaint, warrants of arrest, and all attendant papers for the following reasons:

1. One or more of the defendants has been arrested on the complaint by law enforcement officers.

Dated: May 9, 2023

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/JULES M. DePORRE*
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI  48502
Jules.DePorre@usdoj.gov
810-766-5177
P73999

**IT IS SO ORDERED.**

                                              <u>s/Curtis Ivy, Jr.</u>
Entered:  May 9, 2023                Curtis Ivy, Jr.
                                          United States Magistrate Judge